**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   11-cr-00044-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MARIO ERNESTO MEJIA-MELGAR,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a status/scheduling hearing regarding Defendant Mejia-Melgar is set **Wednesday, January 11, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.




Dated:  December 21, 2011

_____