IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00044-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MARIO ERNESTO MEJIA-MELGAR,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition filed January 13, 2012 (Doc 17), a change of plea hearing regarding Defendant Mejia-Melgar is set **Wednesday, February 22, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: January 18, 2012